IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CV-433-FL

| | | |
|---|---|---|
| HARGROVE, BRANDEN D, Trustee for HARGROVE EMPIRE IRREVOCABLE TRUST, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's emergency motion to stay cancellation and for preliminary injunctive relief. (DE 2). In that part where plaintiff seeks a temporary restraining order without notice to the adverse party or its attorney, the motion is DENIED because plaintiff has not met the procedural requirements of Federal Rule of Civil Procedure 65(b)(1). In addition, and in remaining part where plaintiff seeks a stay and preliminary injunctive relief, the motion is DENIED because plaintiff has not demonstrated a "likelihood of success on the merits" of his claims, Winter v. Nat. Res. Def. C., Inc., 555 U.S. 7, 20 (2008), where plaintiff, as a pro se litigant, is not authorized to appear "in the cause of another person or entity," such as the trust plaintiff purports to represent here. Wojcicki v. SCANA/SCE&G, 947 F.3d 240, 243 (4th Cir. 2020).

SO ORDERED, this the 28th day of July, 2025.

LOUISE W. FLANAGAN
United States District Judge